**\*\* E-filed March 7, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | No. C10-05719 HRL |
| Plaintiff, | **ORDER STAYING CASE** |
| v. | [Re: Docket No. 5] |
| LUAN B. NGUYEN, | |
| Defendant. | |

The Court having been advised that Defendant has filed a Chapter 7 petition in the United States Bankruptcy Court for the Northern District of California, Case No. 11-51190 ASW, this action is stayed pending further order of the bankruptcy court. See 11 U.S.C. § 362. All pending dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: March 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-05719 HRL Notice will be electronically mailed to:**

Thomas Peter Riley          TPRLAW@att.net, tprsf@att.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**